# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 11, 2020  **Time:** 9:01 - 9:58  **Judge:** MAXINE M. CHESNEY
= 57 minutes

**Case No.**: 20-cv-03461-MMC   **Case Name:** Mortar and Pestle Corp. v. Atain Specialty Insurance

**Attorney for Plaintiff:** Daniel Levin
**Attorney for Defendant:** GailAnn Stargardter

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Defendant's Motion to Dismiss Complaint – held by Zoom webinar.

Court granted defendant's motion with leave to amend.

First Amended Complaint due by October 23, 2020.

The Initial Case Management Conference previously scheduled for October 16, 2020 is

continued to January 29, 2021.


**Case continued to:** January 29, 2021 at 10:30 AM for Initial Case Management Conference

Joint case management conference statement due on or before January 22, 2021.


**Order to be prepared by:**
( )    Plaintiff          ( )    Defendant          (X)    Court