IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTAR AND PESTLE CORP., <br><br> Plaintiff, <br><br> v. <br><br> ATAIN SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-cv-03461-MMC <br><br> **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant's Motion, filed November 6, 2020, "to Dismiss Plaintiff's First Amended Complaint." Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 11, 2020.

**IT IS SO ORDERED.**

Dated: December 7, 2020

MAXINE M. CHESNEY
United States District Judge