1  GailAnn Y. Stargardter (Bar No. 250749)
   gstargardter@mvjllp.com
2  MOKRI VANIS & JONES, LLP
   4100 Newport Place, Suite 840
3  Newport Beach, California 92660
   Telephone:    949.226.7040
4  Facsimile:    949.226.7150

5  Attorneys for Defendant
   ATAIN SPECIALTY INSURANCE
6  COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MORTAR AND PESTLE CORP. d/b/a OLEA RESTAURANT, <br><br> Plaintiff, <br><br> v. <br><br> ATAIN SPECIALTY INSURANCE COMPANY a/k/a ATAIN INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:20-cv-03461-MMC <br><br> **ATAIN SPECIALTY INSURANCE COMPANY'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS** <br><br> [Civ. L.R. 7-3(d)(2)] <br><br> DATE:     December 11, 2020 <br> TIME:     9:00 a.m. <br> CRTRM:    7, 19th Floor |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), and in connection Defendant Atain Specialty Insurance Company's Motion to Dismiss [Dkt. 34-35 and 38-39], Defendant respectfully submits the following relevant judicial opinion published after the date Defendant's reply memorandum was filed with the Court:

1.   The recent decision from United States District Court, Central District of California, granting Defendant's Motion to Dismiss in *Robert W. Fountain, Inc. v. Citizens, Ins. Co. of Am.*, 20-cv-05441-CRB, 2020 U.S. Dist. LEXIS 231629 (Dec. 9, 2020) a copy of which is attached hereto as **Exhibit A. [**Granting Citizen's Insurance Company's Motion for Judgment on the

Pleadings with prejudice—concluding any amendment would be futile—and holding that the insured's allegations that it was physically unable to use its premises did not constitute "direct physical loss of or damage to" property as that term is defined by California law and that the exclusion precluding coverage for "loss or damage caused directly or indirectly by ... any virus" precluded coverage for the insured's claim.].

Dated:  December 11, 2020

MOKRI VANIS & JONES, LLP

/s/ *GailAnn Y. Stargardter*
GailAnn Y. Stargardter
Attorneys for Defendant ATAIN SPECIALTY INSURANCE COMPANY

4830-1954-6324 v.1.